IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK KLAAS, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

IGT GLOBAL SOLUTIONS
CORPORATION,

    Defendant.

Case No. 21-cv-820-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant IGT Global Solutions Corporation against plaintiff Frederick Klaas dismissing this case without prejudice for lack of subject matter jurisdiction

| s/V. Olmo, Deputy Clerk | 8/15/2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |